UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTE'NEZ DOREZ WISE,

    Petitioner,

vs

Case No: 11-14294
Hon. Victoria A. Roberts

DEBRA SCUTT,

    Respondent.
_____/

## ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

Before the Court is Petitioner's Motion for Certificate of Appealability. In the Opinion and Order Denying the Petition for Writ of Habeas Corpus [doc 9], the Court declined to issue a certificate of appealability, but granted Petitioner leave to appeal *in forma pauperis*. For the reasons stated in that opinion, this motion for certificate of appealability is DENIED.

    ORDERED.

                                           S/Victoria A. Roberts
                                           Victoria A. Roberts
                                           United States District Judge

Dated: January 13, 2014

---

The undersigned certifies that a copy of this document was served on the attorneys of record and Marte'nez Dorez Wise by electronic means or U.S. Mail on January 13, 2014.

S/Holly A. Monda for Carol A. Pinegar
Deputy Clerk